## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

_____
                                          :
KATHLEEN HATALA and                       :
DAVE HATALA,                              :
                                          :     Civil No. 04-4679 (RBK)
          Plaintiffs,                     :
                                          :
     v.                                   :     **ORDER**
                                          :
MOREY'S PIER, INC., et al.,               :
                                          :
          Defendants.                     :
_____         :


THIS MATTER having come before the Court upon motion for partial summary judgment by defendants Morey's Pier, Inc., Morey's Pier Landing Corporation, Morey's Piers Concessions, LLC, and the Morey Organization, Inc. (collectively "Defendants"), seeking to dismiss the claim of plaintiff Kathleen Hatala ("Plaintiff") for punitive damages; and the Court having considered the moving papers and the opposition thereto; and for the reasons expressed in the Opinion issued this date;

IT IS HEREBY **ORDERED** that Defendants' motion for partial summary judgment is **GRANTED**; and

IT IS FURTHER **ORDERED** that Plaintiff's claim for punitive damages is hereby **DISMISSED**.


Dated: July 25, 2007                      s/ Robert B. Kugler
                                          ROBERT B. KUGLER
                                          United States District Judge